No. 6051.—BIANCHI, aplda., v. DOMENECH, TES., aplte.—C. D. Mayagüez. ▉▉▉ Julio 23, 1934.

Se declara con lugar la moción sobre modificación de sentencia

970

oída hoy con asistencia de las partes, y en su consecuencia se modifica la sentencia dictada por este Tribunal en junio 26, 1934, la cual deberá leer como sigue:

"Por los fundamentos consignados en la anterior opinión, se modifica la sentencia apelada que dictó la Corte de Distrito de Mayagüez en marzo 21, 1932, quedando sin efecto la misma en cuanto al pronunciamiento de costas y honorarios de abogado, y así modificada se confirma dicha sentencia en sus demás particulares.
El Juez Asociado Sr. Córdova Dávila no intervino."